## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**LEONARD LEON, MELISSA
MARLENE SANABIR
RODRIGUEZ, RAMON
SANTIAGO TORRES,
MATTHEW PAUL SCHWERI,
DURIA R. RODRIGUEZ
SCHWERI, JAMIE HEINDL and
JEANNETTE ROTH,**

           **Plaintiffs,**

**v.**                                  **Case No: 6:20-cv-1780-PGB-LRH**

**DISNEY DESTINATIONS, LLC,**

           **Defendant.**
_____/

### ORDER

This cause comes before the Court on the Plaintiffs' Notice of Voluntary Dismissal With Prejudice (Doc. 29), filed February 25, 2021. The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiffs' claims against Defendant are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate any pending deadlines and close the file in this case.

**DONE AND ORDERED** in Orlando, Florida on February 26, 2021.

2

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties